whereon the appeal was taken seek review of rulings of the court below upon questions of the asserted denial of rights under the Federal Constitution which by themselves would not be subject to review by appeal, the papers are treated as a petition for writ of certiorari (28 U. S. C. § 2103), and certiorari is denied."

No. 217, Misc.   MEDICH *v.* UNITED STATES;

No. 341, Misc.   EPHRAIM *v.* RAGEN, WARDEN; and

No. 345, Misc.   BALEY *v.* ABRAM, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se.   Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States in No. 217, Misc.

No. 348, Misc.   WINSTON *v.* UNITED STATES.   Application denied.

No. 350, Misc.   FINNIE *v.* UNITED STATES;

No. 353, Misc.   WARREN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS; and

No. 363, Misc.   JENNINGS *v.* SCHAEFER ET AL.   Motions for leave to file petitions for writs of mandamus denied.

No. ——.   UCKELE *v.* UNITED STATES.   Motion denied.

No. 549.   NUKK ET AL. *v.* SHAUGHNESSY, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE.   Appeal from the United States District Court for the Southern District of New York.   Probable jurisdiction noted.   *Blanch Freedman* for appellants.   *Solicitor General Sobeloff* for respondent.